No. 23,691.

THE STATE OF KANSAS, *Appellee,* v. MERLE McCLORIA, *Appellant.*

SYLLABUS BY THE COURT.

LIQUOR LAW—*Assignments of Error Without Merit.* Assignments of error, relating to form and substance of an information charging violations of the liquor law, to sufficiency of evidence to sustain conviction, and to conduct of the county attorney and the court, held to be without merit.

Appeal from Franklin district court; HUGH MEANS, judge. Opinion filed June 10, 1922. Affirmed.

*Elisha Scott,* and *R. M. VanDyne,* both of Topeka, for the appellant.

*Richard J. Hopkins,* attorney-general, and *R. R. Redmond,* county attorney, for the appellee.

The opinion of the court was delivered by

BURCH, J.: The defendant was convicted of violating the liquor law, and appeals.

The information contained four counts. The first count, which charged the defendant with selling intoxicating liquor, was withdrawn. The remaining counts charged the defendant with having intoxicating liquor in his possession, with keeping a common nuisance, and with manufacturing intoxicating liquor contrary to law. It was not necessary the information should allege the defendant was not a druggist or registered pharmacist, and the information was otherwise correct in form and proper in substance.

Each count of the information charged a separate offense, and the state was not obliged to elect between them. Venue was proved by the testimony of the sheriff. Each offense was fully proved. Neither the court nor the county attorney was guilty of misconduct. The motion for a new trial was properly denied.

The judgment of the district court is affirmed.